Michael J. Jaurigue (SBN 208123)
S. Sean Shahabi (SBN 204710)
Ali M. Sachani (SBN 234641)
JAURIGUE LAW GROUP
300 West Glenoaks Boulevard, Suite 300
Glendale, California 91202
Telephone:  818.630.7280
Facsimile:  888.879.1697
service@jlglawyers.com
michael@jlglawyers.com
sean@jlglawyers.com
ali@jlglawyers.com

Attorneys for Plaintiff
BRANDON JOSEPH

[*ADDITIONAL PARTIES ON NEXT PAGE*]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| BRANDON JOSEPH, <br><br> Plaintiff, <br><br> v. <br><br> PEPSICO, INC., BOTTLING GROUP, LLC DBA THE PEPSI BOTTLING GROUP; NEW BERN TRANSPORT CORPORATION; and Does 1 through 50, inclusive, <br><br> Defendants. | Case No. 8:23-cv-00802-PA-KES <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> **[Fed. R. Civ. Proc. 41(a)(1)(A)(ii)]** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James H. Berry, Jr. (State Bar No. 075834)
Kate LaQuay (State Bar No. 178250)
Sahar Shiralian (State Bar No. 325551)
MUNCK WILSON MANDALA LLP
1925 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 855-3311
(972) 628-3616
jberry@munckwilson.com
klaquay@munckwilson.com
sshiralian@munckwilson.com

Attorneys for Defendants
PEPSICO, INC., BOTTLING GROUP, LLC and NEW BERN TRANSPORT
CORPORATION

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**2**

**TO THE HONORABLE COURT:**

Plaintiff Brandon Joseph ("Plaintiff") and Defendants PEPSICO, INC., BOTTLING GROUP, LLC and NEW BERN TRANSPORT CORPORATION ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, enter into the Stipulation set forth, below, in recognition of the following:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to the dismissal of this entire action with prejudice. The Parties each shall bear their respective costs and attorneys' fees. None of the Parties is a prevailing party.

Under the Rule cited above, this Stipulation is self-effectuating and does not require a conforming Order for the agreed dismissal with prejudice.

SO STIPULATED.

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 4, 2024                    **JAURIGUE LAW GROUP**

By:    _Sean Shahabi_____
       Michael J. Jaurigue, Esq.
       S. Sean Shahabi, Esq.
       Ali M. Sachani, Esq.
       Attorneys for Plaintiff
       Brandon Joseph

Dated: June 4, 2024                    **MUNCK WILSON MANDALA LLP**

By:    /s/ Kate LaQuay, Esq._____
       James H. Berry, Esq.
       Kate LaQuay, Esq.
       Sahar Shiralian, Esq.
       Attorneys for Defendants

*PROOF OF SERVICE*

I am employed in the County of Los Angeles; I am over the age of eighteen years and am not a party to the within action; and my business address is 300 W. Glenoaks Boulevard, Suite 300, Glendale, California 91202.

On **June 4, 2024,** I served the document(s) described as **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** on the party (or parties) in this action by delivering a true copy (or copies) addressed as follows:

> James. H. Berry, Jr.
> Kate LaQuay
> Sahar Shiralian
> **MUNCK WILSON MANDALA LLP**
> 1925 Century Park East, Suite 2300
> Los Angeles, CA 90067
> E-mail: jberry@munckwilson.com
> E-mail: klaquay@munckwilson.com
> E-mail: sshiralian@munckwilson.com

> *Attorneys/E-Service List for Defendants*

**XXX BY ELECTRONIC MAIL:** I caused to be served by electronic transmission (e-mail) to the parties and/or their attorneys of record stated above. The document(s) was/were transmitted by electronic transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on **June 4, 2024** at Glendale, California.

_____
Parker Swanson

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
**4**